IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS B. SANNUTI, Individually and as Co-Administrator of the Estate of Vincent V. Sannuti, Deceased, VINCENT A. SANNUTI, Individually and as Co-Administrator of the Estate of Vincent V. Sannuti, Deceased, KRISTI L. SERVELLO, Individually and as Co-Administrator of the Estate of Vincent V. Sannuti, Deceased, CHELSEA P. SANNUTI, and GINA SERVELLO, <br>            Plaintiffs, <br><br>            v. <br><br> STARWOOD HOTELS & RESORTS WORLDWIDE, INC., doing business as "SHERATON SOCIETY HILL HOTEL," FCH/SH LEASING, LLC, doing business as "SHERATON SOCIETY HILL HOTEL," SHERATON OPERATING CORPORATION, doing business as "SHERATON SOCIETY HILL HOTEL," FEL-COR S-4 LEASING (SPEC), LLC, doing business as "SHERATON SOCIETY HILL HOTEL," SHERATON SOCIETY HILL HOTEL, TASTE RESTAURANT, ANDREW HEISS, ROBERT DUNN, and LEONARD BUCKLEY, <br>            Defendants. | CIVIL ACTION <br><br> NO.  14-587 |

## O R D E R

**AND NOW**, this 16th day of April, 2014, upon consideration of Plaintiffs' Motion to

Remand (Document No. 7, filed February 18, 2014), Defendants, Starwood Hotels & Resorts

Worldwide, Inc. D/B/A Sheraton Society Hill Hotel, FCH/SH Leasing, LLC D/B/A

2

Sheraton Society Hill Hotel, Sheraton Operating Corporation D/B/A Sheraton Society Hill Hotel, Felcor S-4 Leasing (Spec[sic] LLC D/B/A Sheraton Society Hill Hotel, Sheraton Society Hill Hotel, Taste Restaurant, Andrew Heiss, Robert Dunn and Lenoard[sic] Buckley's Opposition to Plaintiffs' Motion for Remand (Document No. 9, filed March 4, 2014), for the reasons set forth in the Memorandum dated April 16, 2014, **IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Court Term October, 2013, No. 3484.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**